IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

GINA MARIE MULLEN

Criminal No. 2:26-cr-143

**[UNDER SEAL]**

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Gregory C. Melucci, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant GINA MARIE MULLEN, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with 18 U.S.C. § 641.

Recommended bond: $10,000 Unsecured Bond.

Respectfully submitted,

TROY RIVETTI
United States Attorney

**FILED**

JUL 1 4 2026

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

By:    *s/Gregory C. Melucci*
GREGORY C. MELUCCI
Assistant U.S. Attorney
PA ID No. 56777